# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1118
_____

Riley T. Gunter

*Plaintiff - Appellant*

v.

City of Omaha, a Political Subdivision; Ray Hutzell, in his official and individual capacity; Jerry Mahoney, in his official and individual capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: July 31, 2024
Filed: August 5, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Riley Gunter appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.